FILED

UNITED STATES COURT OF APPEALS

JUL 25 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    and<br><br>SCOTT D. LEVY and SCOTT D. LEVY & ASSOCIATES, P.C.,<br><br>                 Plaintiffs - Appellants,<br><br>    v.<br><br>CORINTHIAN COLLEGES, AKA Seal A; et al.,<br><br>                 Defendants - Appellees. | No. 13-56121<br><br>D.C. No. 2:07-cv-01984-PSG-MAN<br>Central District of California, Los Angeles<br><br><br>ORDER |

Before:  CANBY and TALLMAN, Circuit Judges.

Appellants' emergency motion to stay the district court's June 6, 2013 order pending appeal is denied.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

The opening brief and excerpts of record remain due December 2, 2013; the answering brief remains due January 2, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

AS/MOATT